## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:19-mj-03734-JJO-1

**UNITED STATES OF AMERICA**

**v.**

**NELKYS TABARES,**

            **Defendant**.

_____/

### GOVERNMENT'S NOTICE OF CHANGE OF ADDRESS
### AND CONTACT INFORMATION

Pursuant to Local Rules 5.1 and 11.1(g) and CM/ECF Administrative Procedures 3D, the

undersigned attorney for the United States of America files this Notice of Change of Address and

Contact Information. Undersigned counsel's new mailing address is as follows:

> Alexander Thor Pogozelski
> Assistant United States Attorney
> U.S. Attorney's Office, Southern District of Florida
> 99 NE 4th Street
> Miami, Florida 33132

In addition, undersigned counsel's new telephone number is (786) 649-5251. Undersigned

counsel's email address remains the same.

Dated: April 11, 2025                     Respectfully submitted,

                                          HAYDEN P. O'BYRNE
                                          UNITED STATES ATTORNEY
                                          SOUTHERN DISTRICT OF FLORIDA

                                          _/s/ Alexander Thor Pogozelski_
                                          Alexander Thor Pogozelski
                                          Assistant United States Attorney
                                          Florida Special Bar No. A5502549

1

99 NE 4th Street
Miami, Florida 33132
Tel: (786) 649-5251
Email: Alexander.Pogozelski@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on April 11, 2025, I electronically filed the foregoing document with
the Clerk of the Court using CM/ECF.

By: *<u>/s/ Alexander Thor Pogozelski</u>*
      Alexander Thor Pogozelski
      Assistant United States Attorney